# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER HUTCHINSON

NO. 2024 KW 0428

**AUGUST 12, 2024**

---

In Re:   Christopher Hutchinson, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 45,141.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The trial court's April 19, 2024 order forwarding relator's *pro se* pleading to attorney Blaine Hebert is vacated. The matter is remanded to the trial court to consider relator's *pro se* motion to amend and/or correct sentence. See **State v. Melon**, 95-2209 (La. 9/22/95), 660 So.2d 466-67 ("meaningful access to the courts guaranteed by La. Const. art. I, Sections 2, 19, and 22 requires courts to accept and consider post-verdict pro se filings from represented defendants.").

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT